UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABIGAIL SOTO,

    Plaintiff,

v.                                              CASE NO. 8:07-cv-1325-T-27MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This case is before the Court upon Commissioner's Motion to Remand (doc. 8) pursuant to sentence six of 42 U.S.C. § 405(g) and § 1383(c)(3). Upon consideration of the motion, which is unopposed, it is

    **RECOMMENDED** that the motion be granted and the case remanded to the Commissioner of Social Security for further administrative proceedings for the reasons stated by the Commissioner in the motion.

    IT IS SO REPORTED at Tampa, Florida on October 15, 2007.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

    Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

Copies furnished to:

The Hon. James D. Whittemore
Counsel of Record