UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABIGAIL SOTO,

          Plaintiff,

vs.                                                 Case No. 8:07-CV-1325-T-27MAP

MICHAEL J. ASTRUE, Commissioner
of Social Security,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 9) recommending that the Commissioner's Unopposed Motion to Remand (Dkt. 8) be granted and this case be **REMANDED** pursuant to Sentence Six, 42 U.S.C. § 405(g) and § 1383(c)(3). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1)     The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     The Commissioner's Motion to Remand (Dkt. 8) is GRANTED.

3) This cause is **REMANDED** to the Commissioner for further proceedings pursuant to Sentence Six, 42 U.S.C. § 405(g). This Court reserves jurisdiction throughout the remand proceedings pursuant to Sentence Six, 42 U.S.C. § 405(g) and *Jackson v. Chater*, 99 F.3d 1086, 1096-97 (11th Cir. 1996).

4) All pending motions are **DENIED** as moot.

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of November, 2007.

_____
JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record